REDACTED
COPY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 110 |
| | ) | |
| AYOMIDE MICHAEL AKINULI, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## Count One

On or about July 2, 2008, in the State and District of Delaware, AYOMIDE MICHAEL AKINULI, defendant herein, did knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, such conduct affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count I of this Indictment, defendant AYOMIDE MICHAEL AKINULI, shall forfeit to the United States pursuant to 18 U.S.C. Section 982(a)(2)(B) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation including, but not limited to, the following:

(1) $6340.00 in United States currency.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:


Foreperson


COLM F. CONNOLLY
United States Attorney


BY: _____
Lesley Frieder Wolf
Assistant United States Attorney

Dated:  July 24, 2008

2