UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No.: 08-115-M |
| AYOMIDE MICHAEL AKINULI, | : CR. 08-110-JJF |
| Defendant. | : |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

PLEASE withdraw the appearance of Keir Bradford, Esquire as attorney of record and enter the appearance of Martin J. Siegel, Esquire as attorney on behalf of Defendant, Ayomide M. Akinuli, in the above-captioned matter.

_____
Martin J. Siegel, Esquire
The Law Office of Martin J. Siegel
Creekwood Office Complex
910 W. Basin Road. Ste. 100
New Castle, DE 19720
(856) 678-6700

Dated: 7/28/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No.: 08-115-M |
| AYOMIDE MICHAEL AKINULI, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, MARTIN J. SIEGEL, ESQUIRE, do hereby certify that on this 28th day of July, 2008, two (2) copies of the attached pleading were mailed, via first-class mail to:

Lesley F. Wolf, Esquire
Assistant United States Attorney
1007 Orange St., Ste. 700
Wilmington, DE 19801

/s/ Martin J. Siegel

Martin J. Siegel, Esquire
The Law Office of Martin J. Siegel
Creekwood Office Complex
910 W. Basin Road. Ste. 100
New Castle, DE 19720
(856) 678-6700

Dated: 7/28/08