UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>    v.<br><br>AYOMIDE MICHAEL AKINJI<br><br>                Defendant | )<br>)<br>)<br>) Cr. No. 08-110<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This 7th day of AUGUST, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before AUGUST 21, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
     United States Attorney

FILED

AUG - 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE