IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 08-110 JJF |
| | : |
| AYOMIDE MICHAEL AKINULI, | : |
| | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, September 3, 2008 at 2:15 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

  August 8, 2008  
DATE

UNITED STATES DISTRICT JUDGE